GAZES LLC
Attorneys for the Chapter 7 Trustee of Fortunoff
Holdings, LLC and Fortunoff Card Company LLC
32 Avenue of the Americas
New York, New York 10013
(212) 765-9000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

FORTUNOFF HOLDINGS, LLC, and
FORTUNOFF CARD COMPANY, LLC,

                Debtors.

Chapter 7 (Converted)

Case No. 09-10497 (RDD)

(Jointly Administered)

IAN J. GAZES AS CHAPTER 7 TRUSTEE
OF THE ESTATE OF FORTUNOFF HOLDINGS, LLC,
and FORTUNOFF CARD COMPANY, LLC,

                Plaintiff,

     v.

| **Defendant** | **Adv. Pro. No.** |
|---|---|
| A. Harris LLC | 10-04104 |
| ABM Janitorial Services Northeast, Inc. | 10-04105 |
| Alma Diamond, Inc. | 10-04107 |
| Aromatique, Inc. | 10-04108 |
| Asch-Grossbardt, Inc. | 10-04109 |
| Asian Star Company Ltd. | 10-04110 |
| Furniture Values International LLC, d/b/a Aspen Home | 10-04111 |
| Badash Crystal | 10-04112 |
| BOI Holdings Inc. | 10-04113 |
| BH Multi Com Corp. | 10-04114 |
| B. I.G. Jewelry Co. LLC | 10-04115 |
| Boston Tea Company LLC | 10-04116 |
| Breuning, Inc. | 10-04117 |
| Bufkor, Inc. | 10-04118 |
| Casual Furniture Services | 10-04120 |
| Central Parking System of New York, Inc. | 10-04121 |
| Crown Products | 10-04123 |
| Conair Corporation, d/b/a Cuisinart/Waring | 10-04124 |
| Dalumi Diamond Corp. | 10-04125 |
| E & E Co., Ltd | 10-04127 |
| E.A.R. Framing Corp. | 10-04128 |

| Name | Case Number |
|---|---|
| Eagle Box Company, Inc. | 10-04129 |
| Eloquence Corporation | 10-04131 |
| Elrene Home Fashions | 10-04132 |
| Endeavor Services Group, LLC | 10-04133 |
| Farrisilk, Inc. | 10-04134 |
| Fischer Diamonds, Inc. | 10-04135 |
| Fisco Imports, Inc. | 10-04136 |
| Fremada Gold, Inc. | 10-04137 |
| Furniture Store Express | 10-04138 |
| GS Furniture | 10-04139 |
| Gabriel & Co | 10-04140 |
| Georgianna Koulianos Designs, Inc. | 10-04142 |
| Gift Box Corporation of America | 10-04143 |
| Godinger Silver Art Ltd. | 10-04145 |
| Goldmark Products, Inc. | 10-04146 |
| Heritage Industries, Ltd. | 10-04148 |
| Home Fashions International, LLC | 10-04149 |
| FKA Distributing Co., d/b/a HoMedics, Inc. | 10-04150 |
| I. Reiss Co., Inc. | 10-04151 |
| Janice Gerardi Designs, Inc. | 10-04152 |
| Jewelex New York Ltd. | 10-04153 |
| JH Trucking Inc. | 10-04154 |
| Jova Inc. | 10-04155 |
| K.M.S. Inc. | 10-04156 |
| Kitchen Aid, Inc. et al | 10-04157 |
| Lady Primroses Products, LLC | 10-04158 |
| Sourcing Network Sales, LLC | 10-04159 |
| Lazare Kaplan International, Inc. | 10-04160 |
| Legend Jewelry Co. Ltd.Leo Schachter Diamonds, LLC | 10-04161 |
| Leo Schachter Diamonds, LLC | 10-04162 |
| Lifestyle Enterprise, Inc. | 10-04163 |
| Light of Mine Designs | 10-04164 |
| Lucent Jewelers, Inc. | 10-04166 |
| M & L Jewelry Mfg , Inc | 10-04167 |
| Maureen Bennett | 10-04168 |
| MCR Gems | 10-04169 |
| Melissa & Doug, LLC | 10-04170 |
| Modus Furniture International | 10-04171 |
| Mr. Christmas Inc. | 10-04172 |
| N.J. Manufacturing Co. | 10-04173 |
| Norman Covan Co. | 10-04176 |
| Nourison Industries, Inc. | 10-04177 |
| Nuvo Designs, Inc. | 10-04178 |
| Oriental Weavers USA, Inc. | 10-04179 |
| Oris USA, Inc. | 10-04180 |
| Oxo International Ltd. | 10-04181 |

| | |
|---|---|
| Pacific Coast Home Furnishings, Inc. | 10-04182 |
| Paperproducts Design US Inc | 10-04183 |
| Quoizel, Inc. | 10-04184 |
| Rachlin Group LLC | 10-04185 |
| Ritani LLC | 10-04186 |
| Riverside Furniture Corporation | 10-04187 |
| Roberto Martinez Inc | 10-04188 |
| Royal Chain, Inc. | 10-04189 |
| Schonbek Worldwide Light Inc. | 10-04190 |
| Stuller, Inc. | 10-04192 |
| Sumit Diamond Corpoation | 10-04193 |
| The Connors Group | 10-04195 |
| The Journal News | 10-04196 |
| Tradewinds Textiles, Inc. | 10-04197 |
| Twin-Star International, Inc | 10-04198 |
| Veratex, Inc. | 10-04199 |
| Whalen Furniture Manufacturing Inc. | 10-04201 |
| Winston Support Services, LLC | 10-04202 |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that upon the request of the Court, the pretrial conference for each of the above-reference adversary proceedings, originally scheduled for **March 10, 2011** at 10:00 a.m. before the Honorable Robert Drain, has been rescheduled to **March 24, 2011 at 10:00 a.m**.

Dated: New York, New York
       February 24, 2011

GAZES LLC

By:    /s/ Ian J. Gazes
       Ian J. Gazes
32 Avenue of the Americas, 27th Floor
New York, New York 10013
(212) 765-9000
Attorneys for the Chapter 7 Trustee